450 A.2d 1035

Commonwealth v. Fowler, Appellant.

Submitted October 6, 1981. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

The judgment of sentence of the learned Montgomery County Common Pleas Court Judge Horace A. Davenport is affirmed.